(99 South. 923)

M. J. SHARP v. J. E. TAYLOR. (6 Div. 107.) (Supreme Court of Alabama. April 24, 1924.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Transferred from Court of Appeals. Erle Pettus, of Birmingham, for appellant. Burgin & Copeland, of Birmingham, for appellee.

SAYRE, J. This is an appeal upon the record proper. There is no bill of exceptions. Errors are assigned upon the court's rulings against appellant on demurrers to defendant's special pleas, the giving of certain charges in writing requested by defendant, and the overruling of plaintiff's (appellant's) motion for a new trial. On the authority of Moody v. Tennessee Coal, Iron & R. R. Co., 209 Ala. 479, 96 South. 427, the judgment must be affirmed. Affirmed.

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.

(99 South. 923)

Ex parte Ruf SHAW. (6 Div. 122.) (Supreme Court of Alabama, April 17, 1924.) Certiorari to Court of Appeals. Brown & Griffith, of Cullman, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Ruf Shaw for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Shaw v. State, 19 Ala. App. 581, 99 South 319. Writ denied.

(99 South. 924)

John SMITH v. W. T. SMITH LBR. CO. (4 Div. 42.) (Supreme Court of Alabama. April 24, 1924.) Appeal from Circuit Court, Crenshaw county; Arthur E. Gamble, Judge. C. L. Kettler, of Luverne, for appellant. Frank B. Bricken, of Luverne, for appellee.

SAYRE, J. Statutory ejectment by appellee against appellant. There was evidence to sustain appellee's claim of title and possession, and we are unable to say the judgment is affected with error. Affirmed.

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.

(99 South. 924)

Ex parte STATE ex rel. DAVIS, Atty. Gen. (6 Div. 152.) (Supreme Court of Alabama. April 24, 1924.) Certiorari to Court of Appeals. Harwell G. Davis, Atty. Gen., for petitioner. Roderick Beddow and Ben F. Ray, both of Birmingham, opposed.

SAYRE, J. Petition of the State of Alabama, on the relation of Harwell G. Davis, its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Frank Jones v. State, 19 Ala. App. 600, 99 South. 770. Writ denied.

(99 South. 924)

Ex parte STATE ex rel. Carrie WORTHINGTON. (6 Div. 125.) (Supreme Court of Alabama. April 24, 1924.) Original petition for mandamus to Hon. W. M. Walker, Judge of the Circuit Court, Jefferson County. M. B. Grace, Thos. J. Judge, and Beddow & Oberdorfer, all of Birmingham, for petitioner.

PER CURIAM. Petition dismissed by petitioner.

(100 South. 923)

WALKER ELECTRIC & PLUMBING COMPANY v. W. H. KNIGHT. (7 Div. 456.) (Supreme Court of Alabama. June 3, 1924.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge.

PER CURIAM. Appeal dismissed by appellant.

(99 South. 924)

A. L. WASHINGTON v. Ben. EVANS. (6 Div. 12.) (Supreme Court of Alabama. April 22, 1924.) Appeal from Probate Court, Jefferson County; J. P. Stiles, Judge. Powell & Powell, of Birmingham, for appellant. Bailes & Cooper, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(99 South. 924)

Ex parte Percy WATERS, alias, etc. (6 Div. 85.) (Supreme Court of Alabama. Feb. 14, 1924.) Certiorari to Court of Appeals. Palmer H. Bell, of Birmingham, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition by Percy Waters, alias Walters, for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Waters v. State, 19 Ala. App. 699, 99 South. 927. Writ denied.

(99 South. 924)

WOCO PEP CO. v. W. A. GUNTER, Jr., et al. (3 Div. 660.) (Supreme Court of Alabama. May 13, 1924.) Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge. Geo. W. Yancey, of Birmingham, for appellant. Ludlow Elmore, of Montgomery, for appellees.

PER CURIAM. Appeal dismissed by appellant.